NEEDA PARTS MANUFACTURING, INC,
a Michigan corporation;
JAMES KOLESZAR, an individual, and
GIULIO COGO, an individual,
jointly and severally,

       Plaintiffs,

v.

PSNET, INC.,
a Nevada corporation
CHAD SAYERS, an individual,
jointly and severally,

       Defendants.

Case No. 07-cv-15410
Hon. John Corbett O'Meara
Magistrate: Hon. Mona K. Majzoub

---

| | |
|---|---|
| Gerard V. Mantese (P34424) | Francyne Stacey (P33225) |
| David Hansma (P71056) | Pear Spearling Eggan & Daniels, PC |
| Mantese and Rossman, P.C. | Attorneys for PSNet, Inc. |
| Attorneys for Plaintiffs | 24 Frank Lloyd Wright Drive |
| 1361 E. Big Beaver Road | Ann Arbor, MI 48105 |
| Troy, MI  48083 | (734) 665-4441 |
| (248) 457-9200 | |

---

### STIPULATED ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL

     Plaintiffs having filed their Motion to Compel Discovery; Defendant PSNet, Inc.,

having filed its response agreeing to produce the requested documents; and the Court

being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant PSNet, Inc., shall provide responsive answers and documents to requests 1, 4, 5, 9, 11, 13, and 18 of Plaintiffs' Second Set of Discovery on or before September 30, 2008.  Defendant PSNet, Inc's objections to the production and use of the requested documents are preserved for trial

**IT IS FURTHER ORDERED** that Defendant PSNet, Inc., will provide its responses to Plaintiffs' Third Set of Discovery on or before September 30, 2008.


**IT IS SO ORDERED.**

**Dated: September 18, 2008**                    **s/ Mona K. Majzoub**
                                                United States Magistrate Judge



Stipulated and Agreed as to Form and Substance:


s/Franceyne Stacey
Franceyne Stacey (P33225)
Attorney for Defendant PSNet
fstacey@psedlaw.com
24 Frank Lloyd Wright Dr
Ann Arbor, MI 48105
(734) 665-4441



s/Gerard V. Mantese
Gerard Mantese (P34424)
Attorney for Plaintiffs
gmantese@manteselaw.com
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200