UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NEEDA PARTS MANUFACTURING, INC,
a Michigan corporation;
JAMES KOLESZAR, an individual, and
GIULIO COGO, an individual,
jointly and severally,

        Plaintiffs,

Consolidated Case Nos:
07-cv-15410 and 08-cv-13089
Hon. John Corbett O'Meara
Magistrate: Hon. Mona K. Majzoub

v.

PSNET, INC.,
a Nevada corporation
PSNET COMMUNICATIONS, INC.,
a Nevada corporation,
SAYGUS, INC., a Nevada Corporation,
and CHAD SAYERS, an individual,
jointly and severally,

        Defendants.

---

| | |
|---|---|
| Gerard V. Mantese (P34424) | Francyne Stacey (P33225) |
| David Hansma (P71056) | Pear Spearling Eggan & Daniels, PC |
| Mantese and Rossman, P.C. | Attorneys for PSNet and Saygus Defendants |
| Attorneys for Plaintiffs | 24 Frank Lloyd Wright Drive |
| 1361 E. Big Beaver Road | Ann Arbor, MI 48105 |
| Troy, MI 48083 | (734) 665-4441 |
| (248) 457-9200 | |

---

### STIPULATED ORDER REGARDING EXPERT REPORTS

       This matter having come before the Court upon stipulation of the parties; and the Court being fully advised in the premises:

       NOW THEREFORE, IT IS ORDERED that Plaintiffs shall have until May 15, 2009 to file their expert report on damages;

IT IS FURTHER ORDERED that Defendants shall then have an opportunity to file a rebuttal expert report;

IT IS FURTHER ORDERED that Plaintiffs and Defendants shall be allowed to depose each others' experts.

**SO ORDERED:**

Date: April 16, 2009                         s/John Corbett O'Meara
                                             United States District Judge


Stipulated and Agreed as to Form and Substance:

s/Francyne Stacey
Francyne Stacey (P33225)
Attorney for Defendant PSNet
fstacey@psedlaw.com
24 Frank Lloyd Wright Dr
Ann Arbor, MI 48105
(734) 665-4441


s/Gerard V. Mantese
Gerard Mantese (P34424)
Attorney for Plaintiffs
gmantese@manteselaw.com
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200